**FREDERICK BROWN #83732**
Name and Prisoner/Booking Number

**2450 CLAYBANK RD Solano Correctional Facility**
Place of Confinement

**2450 Claybank RD.**
Mailing Address

**FAIRFIELD Ca. 94533**
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
JUL 21 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _AmC_
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Frederick Brown**,
(Full Name of Plaintiff)             Plaintiff,

v.

(1) **Mary Patterson / wellpath medical**,
(Full Name of Defendant)

(2) ~~Sheriffs Department~~ **Wellpath medical**

(3) ~~Wellpath~~ **DAN Healy Superior Court**,

(4) **Dept. 2**,
                                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:21-cv-1271-JDP(PC)**
**21000999**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: **Solano County Fairfield Ca 94533**

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: __MARY Patterson/WellPath__. The first Defendant is employed as: __Registered nurse__ (Position and Title) at __Staton Correctional facility__ (Institution).

2. Name of second Defendant: __Wellpath medical Solano County Sheriffe Dept__. The second Defendant is employed as: ~~Central~~ __Custody officer__ (Position and Title) at __Staton Correctional facility__ (Institution).

3. Name of third Defendant: __DAN Healy ~~Wellpath~~__. The third Defendant is employed as: ~~Medical~~ __Superior court Judge Dept 2__ (Position and Title) at ~~Staton Correctional facility~~ __Solano county Superior Court__ (Institution).

4. Name of fourth Defendant: __DAN Healy & Superior Court__. The fourth Defendant is employed as: __Dept. 2 Superior court Judge DAN Healy__ (Position and Title) at __Solano county Superior Court Judge__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __N/A__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. __N/A__
      2. Court and case number: __N/A__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *Provider giving me medication when Registered nurse passing medication that (notes) putting on my medication chart*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *On 5/1/21 I was given medication that was not mines I have been having been having Complication since then with my blood pressure being extremely high of 190 over over 108 on 5/4/21 and on 5/2/21 Being over 206 over 130 high ever since I have asked for the names of these meds on several different occasional every since They gave me the wrong meds my health has been declining every since that day...*

   *9/16*

   *Remron 30 M/G*
   *MOBIC 7.5 MG*
   *BuSaR 15 Mg*
   *ZYPRAXA 10-MG*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *my blood pressure was 190 over 108 over 206 over 130 High every since and my health has been declining Ever since Now I have Diabetes, and High Cholesterol and they just continue to give New Meds*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *Yes I did submitt and appeal to highest level And they Still found me unfounded when theres full ailigation and record that state the Complete fax why I was sent to Hospital*

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: I Had incident with offce I suffer from High Blood pressure Cause my incident Ive being denied.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: Wellpath

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Wellpath. Ive been being denied my soft shoe chrono after the first provider told me at the end of april that she put in for my shoes and basicly she did her Job now if every one eles does there Job I should receive my my short shoes at resonable time. besides that I had conversation with Jim Came and seen me here at facility that stated for me that since the incident that are not going to give me my soft shoe chrono That I qualify for. Cause of my diabetes & gout making very uncomforbale in my daily need to and from Courts thank you.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). it Hard for me to walk around especially doing my daily need or walking to Court cause I have DiaBetes and gout which my Joints swell up like cherries red as the want to be and painful.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. yes they Find unfounded

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: I was deemed incompetent by the courts and held against my will

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My name Fredrick Brown Solano County Superior Court The Honorable Judge Dan Healy & my public pretender Nicolas Vilnoy in dept. #3 I have been locked up on charges of assault with a deadly weapon which was a Bat but when I was arrested I had a Maschete not a Bat. My first, fifth, and fourteenth Amendment Rights were violated per my public Defender till in on June 3rd 2021 and the Judge just ignored what was stated. I am still incarcerated awaiting mental Health treatment that I still have not Received because I am still being housed at Stanton Correction facility. I have been held here since March 1st 2021 without Bail or Release and they the courts still continue to find people incompetent and there are 1500 plus people waiting to get in a treatment facility with mental Health Doctors.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   By taking away my will to live or even to seek an out patient program instead of being in Jail where they are not trained to deal with mental Health patience

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes ☒ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Because didn't know how to do for the courts so I just did the best thing and way I knew how

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
WELL PATH HEALTH CARE MEDICAL. I Rushed to NORTHBAY Emergency medical Facility 5/2/21 At approtiantaly 6:30 or 7:00 around 7:30 I passed out in my cell waited for Medical attetion and the Sheriffes to Come Assist me to (unit 9) Cell 16 and my Cell mate Kehendae. (NOTE) I was rushed to northbay and put an Iv immidiately on 5/2/21 I Tried reterieving medical record but I was lied to I had to wait until released from Custody to reciave

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/6/21
DATE

X Frederick Brown
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## PROOF OF SERVICE BY MAIL

I, __Fredrick Brown__, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is __Staton Correctional Facility__,

and I am a resident of, or employed in, __Solano__ County, California.

On the date of __7-9-2021__ I served the __County Jail Federal complaint for & proof of service by mail__

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at Fairfield, CA
(location) __Staton Correctinal__, (city) __Solano County Jail__, __Solano__ County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

United states Court
Office of the clerk united District Court
Eastern Distristct of California
501 I ST,,, Ste 4-200
Sacramento California 9581423

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: __7-9-2021__

__Frederick Brown__
(Signature of person mailing)

__Frederick Brown__
(Name of person mailing, typed or printed)